585 A.2d 385

STATE OF NEW JERSEY v. RUTH PARKER.

October 2, 1990.

Petition for certification granted.

585 A.2d 385

STATE OF NEW JERSEY v. BARBARA ANN PULERO.

October 2, 1990.

Petition for certification denied.

585 A.2d 385

JOHN J. TURI v. NEW JERSEY DEPARTMENT OF LABOR
AND CHARLES SERRAINO.

October 2, 1990.

Petition for certification denied.

585 A.2d 385

THE AETNA CASUALTY AND SURETY COMPANY v.
JASPER J. JACKSON.

October 2, 1990.

Petition for certification denied.